IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUSAN UZAHODJAEV, | : | Civil No. 1:16-cv-2006 |
| Petitioner, | : | |
| v. | : | |
| CRAIG A. LOWE, | : | |
| Respondent. | : | Judge Sylvia H. Rambo |

**M E M O R A N D U M**

Before the court is Husan Uzahodjaev's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) The government has responded and does not oppose Uzahodjaev's entitlement to a bond hearing before an immigration judge. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469 (3d Cir. 2015); *Demore v. Kim*, 538 U.S. 510 (2003); *Singh v. Sabol*, Civ. No. 14-cv-1927, 2015 WL 3519075 (M.D. Pa. June 4, 2015).

It appears that Uzahodjaev has been held in custody by ICE since March 24, 2016 and under the aforesaid case law is entitled to a bond hearing. An appropriate order will follow.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: May 16, 2017