IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HUSAN UZAHODJAEV,** | : | Civil No. 1:16-cv-2006 |
| **Petitioner,** | : | |
| v. | : | |
| **CRAIG A. LOWE,** | : | |
| **Respondent.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

AND NOW, this 16th day of May, 2017, **IT IS HEREBY ORDERED** that ICE provide Uzahodjaev with a bond hearing before an immigration judge within 30 days of this order.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge