# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUSAN UZAHODJAEV, | |
| Petitioner | |
| | No. 1:16-CV-2006 |
| vs. | |
| | (Judge Rambo) |
| CRAIG LOWE, | |
| Respondent. | |

## ORDER

**AND NOW**, this 8th day of August, 2017, in consideration of Respondent's suggestion of mootness (Doc. No. 33), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT:**

1. Petitioner's motion to reopen and request for an individualized bond hearing (Doc. No. 29) is **DENIED** as moot; and
2. This case shall remain **CLOSED**.

      s/Sylvia H. Rambo
      SYLVIA H. RAMBO
      United States District Judge